UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE DRYWALL TAPERS AND )
POINTERS LOCAL UNION NO. 1974 BENEFIT )
FUNDS, )
                                                                      ) Index No.: 18-CIV-3054 (RJS)
                       Plaintiffs, )
                                                                    ) MOTION FOR ENTRY OF
        -against- ) DEFAULT JUDGMENT

OCEAN PACIFIC INTERIORS, INC., )
                                      Defendant. )

---

TO: Clerk of the United States District Court for the
       Southern District of New York

Pursuant to the Affirmation for Entry of Default Judgment and Clerk's Certificate, attached hereto, Defendant, Ocean Pacific Interiors, Inc., having failed to appear or answer the Summons and Complaint, you are requested to enter a Default Judgment in favor of Plaintiffs, Trustees of the Drywall Tapers and Pointers Local Union No. 1974 Benefit Funds and against the Defendant, Ocean Pacific Interiors, Inc., in the sum of $22,748.16, which includes the principal benefit contributions, interest, liquidated damages, attorney's fees, court costs and disbursements.

Dated: Elmsford, New York
         June 19, 2018

                                                    Lauren Kugielska, Esq.
                                                  BARNES, IACCARINO & SHEPHERD LLP
                                                  258 Saw Mill River Road
                                                  Elmsford, New York 10523
                                                  (914) 592-1515