TEDD J. KOCHMAN (017401995)
LITTLER MENDELSON, P.C.
Attorneys for Defendant
    Ocean Pacific Interiors, Inc.
One Newark Center
8th Floor
Newark, NJ  07102
973.848.4700

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TRUSTEES OF THE DRYWALL TAPERS AND POINTERS LOCAL UNION NO. 1974 BENEFIT FUNDS,<br><br>            Plaintiff,<br><br>-against-<br><br>OCEAN PACIFIC INTERIORS, INC.,<br><br>            Defendant. | Index No. 18-CIV-3054 (RJS)<br><br>**STATEMENT OF OCEAN PACIFIC INTERIORS, INC.** |

On June 21, 2018, the Clerk entered a Certificate of Default. *See* ECF No. 15.  Plaintiffs, the Trustees of the Drywall Tapers and Pointers Local Union No. 1974 Benefit Fund, now seek the entry of a default judgment for a total of Twenty Two Thousand Seven Hundred Forty Eight Dollars and Sixteen Cents ($22,748.16).  *See* ECF No. 12.  On June 29, 2018, this Court ordered that, among other things, Defendant Ocean Pacific Interiors, Inc. respond to Plaintiff's request for a default judgment.  It also set a Rule to Show Cause for Monday, August 27, 2018.  *See* ECF No. 16.

Defendant Ocean Pacific Interiors, Inc. informs the Court that it is in receipt of the June 29, 2018 Order and that it is sending a check for $22,748.16 to the Trustees of the Drywall Tapers and Pointers Local Union No. 1974 Benefit Funds via Federal Express today.  In light of

this development, Defendant Ocean Pacific Interiors, Inc. respectfully requests that the Court adjourn the August 27, 2018 hearing in this matter.

                                                                         Respectfully submitted,

Date:   August 3, 2018
        Newark, New Jersey

                                                           */s/ Tedd J. Kochman*
                                                           Tedd J. Kochman
                                                           One Newark Center
                                                           8th Floor
                                                           Newark, NJ  07102
                                                           973.848.4700

                                                           Attorneys for Defendant
                                                             Ocean Pacific Interiors, Inc.

**CERTIFICATE OF SERVICE**

    I, Tedd J. Kochman, hereby certify that on this 3rd day of August, 2018, I served the foregoing notice via ECF on counsel of record through the Court's automated process.

                                        */s/ Tedd J. Kochman*
                                        Tedd J. Kochman